UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIMAR MARTINEZ | No. 25 CR 636<br><br>Magistrate Judge Heather K. McShain |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The complaint in this case charges defendant with assault on a federal officer using a deadly or dangerous weapon, in violation of Title 18, United States Code, Section 111(a) and (b).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant Marimar Martinez, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                                    Respectfully submitted,

                                    ANDREW S. BOUTROS
                                  United States Attorney

By:   /s/ *Sean Hennessy*
       SEAN HENNESSY
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 886-3482

Dated: October 7, 2025