# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: 25CR639

Case Number: U.S.A v. MARIMAR MARTINEZ

An appearance is hereby filed by the undersigned as attorney for:

MARIMAR MARTINEZ

Attorney name (type or print): Christopher V. Parente

Firm: Cheronis & Parente LLC.

Street address: 140 South Dearborn Street, Suite 404

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6283700
(See item 3 in instructions)

Telephone Number: 312.663.4644

Email Address: cparente@cheronislaw.com

**FILED OCT 06 2025 — MAGISTRATE JUDGE HEATHER K. MCSHAIN, UNITED STATES DISTRICT COURT**

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

✔ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/ Christopher V. Parente
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023