UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY IAN SANTOS RUIZ, <br><br> Defendant. | Case # 1:25-cr-00636-2 <br><br> Magistrate Judge McShain |

### ORDER

Initial appearance held on 10/06/2025. Defendant appeared in response to arrest in this District on 10/04/2025. The Court found Defendant was unable to afford counsel. Enter order appointing Benjamin Horwitz of the Federal Defender Program as counsel for Defendant. Defendant informed of the charge against him in the criminal complaint and the possible sentence/fine if convicted of the charge. Government orally moved to detain and for a detention hearing pursuant to 18 U.S.C § 3142(f)(1)(A). For the reasons stated on the record, the Court finds, without objection from Defendant, that the Government is entitled to a detention hearing pursuant to 18 U.S.C § 3142(f)(1)(A). In-person detention hearing is set before Magistrate Judge McShain on 10/06/2025 at 2:00 p.m. in Courtroom 1743. Any potential third-party custodian is required to attend the detention hearing in-person on 10/06/2025. Defendant is remanded to the custody of the U.S. Marshal until further order of the Court. In-person preliminary examination hearing is set before Magistrate Judge McShain on 10/10/2025 at 1:00 p.m. in Courtroom 1025. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure. For further details, please see the attached written order.
IA: 25

_____
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: October 6, 2025**