## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: U.S.A. v. Ruiz

Case Number: 25 CR 636

An appearance is hereby filed by the undersigned as attorney for:
Anthony Ian Santos Ruiz

Attorney name (type or print): Benjamin Horwitz

Firm: Federal Defender Program

Street address: 55 E. Monroe St, Suite 2800

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6336061
(See item 3 in instructions)

Telephone Number: 312-621-2030

Email Address: ben_horwitz@fd.org

**FILED**
10/6/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you a member of the court's general bar? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☒ Appointed Counsel
If appointed counsel, are you a
☒ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 6, 2025

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023