**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 636 |
| v. | Hon. Heather K. McShain |
| MARIMAR MARTINEZ ET AL | Magistrate Judge |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned Assistant United States Attorney is assigned to the above-captioned case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Sean Hennessy*
SEAN HENNESSY
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-3482