IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MARIMAR MARTINEZ,<br><br>  Defendant. | 25 CR 636<br>Honorable Heather K. McShain |

### UNOPPOSED MOTION FOR EARLY RETURN OF SUBPOENAS

Defendant **Marimar Martinez**, by and through her attorneys, **Cheronis & Parente LLC**, respectfully requests that the Court enter an order permitting the early return of materials subpoenaed in accordance with Rule 17. Undersigned counsel has no objection to the order being reciprocal. Undersigned counsel has contacted the assigned Assistant United States Attorney and can represent that the government has no objection to this request.

Respectfully Submitted,

s/ Christopher V. Parente
**Christopher V. Parente**

**Cheronis & Parente LLC**
140 S. Dearborn Street, Suite 404
Chicago, IL 60603
(312) 663-4644
cparente@cheronislaw.com