# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                           Case No.: 1:25−cr−00636

                                                                               Honorable Heather K. McShain

Marimar Martinez, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable Heather K. McShain as to Marimar Martinez. Detention hearing held on 10/06/2025. For the reasons stated on the record, the Court finds there is a combination of conditions to reasonably assure the safety of the community. The Government's oral motion for pretrial detention is denied. Defendant was admonished on the record of the terms and conditions of the release order. Defendant released on a $10,000 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant shall be released after processing. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.