**1:25-cr-00636** **FELONY**
**Judge Georgia N. Alexakis**
**Magistrate Judge Heather K. McShain**
**RANDOM/Cat. 4**

FILED
10/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Marimar Martinez | No | No |
| Anthony Ian Santos Ruiz | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **Yes**
Case Number: **25 CR 636**
Case Title: *United States v. Marimar Martinez and Anthony Ian Santos Ruiz*

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Assault/Attempted murder of federal employee IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Section 111(a) and (b)**

Assistant United States Attorney(s): **Ronald DeWald and Aaron Bond**

Contact Person and Phone Number: **Aaron Bond, (312) 371-8434**