# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 25 CR 636 |
| v. | Honorable Georgia N. Alexakis |
| MARIMAR MARTINEZ, et. al. | |

## DESIGNATION OF COUNSEL

Please take notice that the undersigned Assistant United States Attorney has designated in the above-captioned case.

                                        Respectfully submitted,

                                        ANDREW S. BOUTROS
                                        United States Attorney

By:    */s/Aaron Bond*
        AARON BOND
        Assistant United States Attorney
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 469-6047

Dated: October 10, 2025