IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIMAR MARTINEZ,<br><br>    Defendant. | 25 CR 636<br><br>Judge Georgia N. Alexakis |

## MOTION FOR A PRESERVATION ORDER

Defendant, **Marimar Martinez**, by and through her attorneys, **Cheronis & Parente LLC,** pursuant to the relevant provisions of Rule 2 and 16 of the Federal Rules of Criminal Procedure, as well as the Due Process and Effective Assistance of Counsel Clauses of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully requests that the Court enter a preservation order for the United States Department of Homeland Security (DHS) to preserve and maintain any and all records, emails, text messages, documents, notes and other materials related to the circumstances surrounding the shooting of Ms. Marimar Martinez and the gathering of information for the October 4, 2025, press release from Assistant Secretary Tricia McLaughlin issued by DHS titled "Vehicles Again Used as Weapon in Attack against DHS Law Enforcement, Officers Forced to Fire Weapon on Armed Woman in Chicago." In support thereof, Ms. Martinez states as follows:

1. On October 4, 2025, U.S. Border Patrol Agents shot a United States citizen, Ms. Marimar Martinez, near the intersection of 39th and Kedzie in Chicago, Illinois.

2. Ms. Martinez was later arrested at the hospital by FBI Special Agents on October 4, 2025, and charged by indictment with a violation of 18 U.S.C. § 111(a) and (b).

3. On October 4, 2025, DHS issued an official press release containing a statement from Assistant Secretary Tricia McLaughlin titled "Vehicles Again Used as Weapon in Attack against DHS Law Enforcement, Officers Forced to Fire Weapon on Armed Woman in Chicago."[1]

4. It is Ms. Martinez's position that there are multiple factual inaccuracies in this press release which presumably originated with Border Patrol agents involved in this investigation. The credibility of DHS Agents' descriptions of the events at issue will be the focal point of the defense at trial. Given the importance regarding the accuracy of the events surrounding Ms. Martinez's shooting and the pending criminal charge against her, counsel is requesting that the Court enter a preservation order requiring DHS to preserve and maintain any and all records, emails, text messages, documents, notes and other materials related to the circumstances surrounding the shooting of Ms. Marimar Martinez and the gathering of information for the October 4, 2025 press release.

5. Counsel for Ms. Martinez spoke to counsel for the government multiple times regarding this motion and based on those conversations counsel for Ms. Martinez believes a preservation order from this Court will be necessary to ensure DHS preserves and maintains the requested records.

---

[1] https://www.dhs.gov/news/2025/10/04/vehicles-again-used-weapon-attack-against-dhs-law-enforcement-officers-forced-fire (last accessed October 13, 2025).

6. Counsel for Ms. Martinez has been notified that the assigned AUSA for this investigation has changed. Counsel for Ms. Martinez asked the new AUSA to confirm that DHS would notify its agents and employees involved in this investigation and the above-cited press release to preserve the requested information but the new AUSA was unable to confirm that these notifications have been made thus the prompting of the filing of this motion.[2]

                                                Respectfully submitted,

                                                /s/ Christopher V. Parente
                                                **Christopher V. Parente**
                                                Attorney for Ms. Martinez

**Cheronis & Parente LLC**
140 S. Dearborn Street, Suite 404
Chicago, IL 60603
(312) 663-4644
cparente@cheronislaw.com

---

[2] The AUSA stated they will continue to work on whether these notifications can be made but based on the importance of this request and the potential for critical information to be deleted by DHS, counsel is filing this motion to ensure that this information will be preserved.

3