IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 25 CR 636 |
| v. | Judge Georgia N. Alexakis |
| MARIMAR MARTINEZ, | |
| Defendant. | |

## NOTICE OF MOTION

To: All counsel and parties of record on the Clerk's CM/ECF system for this matter.

**Please Take Notice** that on the 16th day of October 2025 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Georgia N. Alexakis at 219 South Dearborn, Chicago, Illinois, and present Ms. Martinez's **Motion for a Preservation Order**. A copy of said motion is herewith served upon you.

Respectfully Submitted,

/s/ Christopher V. Parente
Christopher V. Parente

**Cheronis & Parente**
140 South Dearborn Street, Suite 404
Chicago, Illinois 60603
(312) 663-4644
cparente@cheronislaw.com