# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                               Case No.: 1:25−cr−00636
                                                                       Honorable Georgia N. Alexakis

Marimar Martinez, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

       MINUTE entry before the Honorable Heather K. McShain: At request of defense counsel, arraignment set for 10/15/2025 at 10:00 a.m. is reset to 10/15/2025 at 2:00 p.m. in courtroom 1025 (TIME CHANGE ONLY). Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.