IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | 25 CR 636 |
| v. | ) | |
| | ) | Judge Georgia N. Alexakis |
| ANTHONY RUIZ | ) | |

DEFENDANT'S MOTION TO PRESERVE EVIDENCE

Defendant Anthony Ruiz, by the Federal Defender Program and its attorney BENJAMIN HORWITZ, pursuant to the relevant provisions of Rules 2 and 16 of the Federal Rules of Criminal Procedure, and the Fifth and Sixth Amendments to the Constitution of the United States, respectfully moves this Court to enter an order requiring the government, government witnesses, and government agencies involved in the events or investigation of the alleged events in this case – including the United States Department of Homeland Security (DHS) – to preserve and maintain any and all records, emails, text messages, documents, notes and other materials related to the circumstances surrounding the events alleged in the indictment in the instant case and the investigation thereof. In further support of this motion, Defendant states as follows:

1. On October 9, 2025, Mr. Santos Ruiz and co-Defendant Martinez were charged by indictment. ECF No. 22.

1

2. On October 13, 2025, counsel for co-Defendant Martinez filed a Motion for Preservation Order. ECF No. 27.

3. The issues raised in Ms. Martinez's Motion for Preservation Order apply equally to Mr. Ruiz's case. *See id.*

4. Mr. Ruiz hereby joins Ms. Martinez's Motion for Preservation Order.

5. On October 14, 2025, the government indicated by email to the parties and the Court that it had not yet formulated its position on this request.

Wherefore, for all the foregoing reasons, it is respectfully requested that this Court enter an order to preserve evidence consistent with co-Defendant Martinez's request and the above-described materials.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy
Executive Director

By: *s/ Benjamin Horwitz*
　　Benjamin Horwitz

BENJAMIN HORWITZ
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-2030

2

## **CERTIFICATE OF SERVICE**

The undersigned, Benjamin Horwitz, attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

DEFENDANT'S MOTION TO PRESERVE EVIDENCE

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on October 14, 2025, to counsel/parties that are non-ECF filers.

FEDERAL DEFENDER PROGRAM
John F. Murphy
Executive Director

By:  *s/Benjamin Horwitz*
Benjamin Horwitz

BENJAMIN HORWITZ
Federal Defender Program
55 E. Monroe St., Suite 2800
Chicago, IL   60603
(312) 621-2030

3