IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | No. 25 CR 636 |
| v. | ) | |
| | ) | Hon. Georgia N. Alexakis |
| **ANTHONY RUIZ** | ) | |

### NOTICE OF MOTION

To: Aaron R. Bond
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **October 21, 2025, at 9:30 a.m.**, or as soon as counsel may be heard in light of co-Defendant's relevant filing (ECF No. 27), in Courtroom 1719, I shall appear before the Honorable Georgia N. Alexakis in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and shall present the attached motion:

### DEFENDANT'S MOTION TO PRESERVE EVIDENCE

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy,
Executive Director

By: s/ *Benjamin Horwitz*
 BENJAMIN HORWITZ

BENJAMIN HORWITZ
FEDERAL DEFENDER PROGRAM
55 East Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8300