UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIMAR MARTINEZ, et al. | Case No. 25-CR-00636<br><br>Honorable Georgia N. Alexakis |

## APPEARANCE OF COUNSEL

    Please take notice that Assistant United States Attorney Ronald L. DeWald, Jr. is assigned to this case.

    Respectfully Submitted,

    ANDREW S. BOUTROS
    United States Attorney

By:   */s/ Ronald L. DeWald, Jr.*
      RONALD L. DEWALD, JR.
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 886-4187

Dated:   October 14, 2025