**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                            Case No.: 1:25−cr−00636
                                                          Honorable Georgia N. Alexakis

Marimar Martinez, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis as to Marimar Martinez (1), Anthony Ian Santos Ruiz (2): The Court sets a hearing on defendants' motions for a preservation order [27] [30] for 10/16/25 at 12:30 p.m. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.