# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                    Case No.: 1:25−cr−00636
                                                    Honorable Georgia N. Alexakis

Marimar Martinez, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable Heather K. McShain as to Marimar Martinez (1): Arraignment held on 10/15/2025. Defendant informed of the charge against her and the possible sentence/fine if convicted of the charge. Defendant acknowledged receipt of the Indictment; waived formal reading of Indictment; and, entered a plea of not guilty to the Indictment. Rule 16.1(a) conference to be held by 10/22/2025. Status hearing is set before Judge Alexakis on 11/20/2025 at 10:00 a.m. For reasons stated on the record, Government's oral motion to exclude time through the date of the status hearing is denied. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.