# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                                        Case No.: 1:25−cr−00636
                                                                       Honorable Georgia N. Alexakis

Marimar Martinez, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis:As to Marimar Martinez (1), Anthony Ian Santos Ruiz (2) :For the reasons stated on the record, defendants' motions for a preservation order [27], [30], including as those motions were amended orally, are granted. The parties are directed to meet and confer on a revised proposed preservation order and submit the proposed order to the Court's proposed order inbox this afternoon. A status hearing is set for 10/20/25 at 10:00 a.m. to set a jury trial date. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.