IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIMAR MARTINEZ,<br><br>    Defendant. | 25 CR 636<br><br>Judge Georgia N. Alexakis |

## NOTICE OF MOTION

To:    All counsel and parties of record on the Clerk's CM/ECF system for this matter.

**Please Take Notice** that on the 23rd day of October 2025 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Georgia N. Alexakis at 219 South Dearborn, Chicago, Illinois, and present Ms. Martinez's **Motion for a Prompt Hearing Regarding The Destruction of Evidence**. A copy of said motion is herewith served upon you.

                                      Respectfully Submitted,

                                      /s/ Christopher V. Parente
                                      Christopher V. Parente

**Cheronis & Parente**
140 South Dearborn Street, Suite 404
Chicago, Illinois 60603
(312) 663-4644
cparente@cheronislaw.com