# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                 Case No.: 1:25−cr−00636

                                                                    Honorable Georgia N. Alexakis

Marimar Martinez, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 20, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. Status and motion hearing held on 10/20/25. The Court grants defendant Martinez's motion for a hearing regarding destruction of evidence [43], without prejudice to the government's opportunity to respond to the motion following its production of discovery and to argue that the need for the hearing has been obviated. No appearance is required on 10/23/25. The Court sets a hearing on defendant Martinez's motion for 11/6/25 at 2:00 p.m. As reflected on the record, the Court anticipates that BPA 1 will testify at the hearing in−person or, if need be, via remote means. The Court grants the government's oral motion for early return of trial subpoenas. The Court schedules a jury trial to begin on 2/2/26 at 9:30 a.m. The parties are directed to meet and confer on a proposed pretrial schedule and to submit one by 10/27/25 via email to the Courtroom Deputy. Time is excluded without objection from 10/20/25 through the 2/2/26 trial pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(H), to account for the filing and disposition of pretrial motions, and pursuant to 18 U.S.C. §§ 3161(h)(1)(7)(A) in the interest of justice, to allow the parties sufficient time to prepare for trial and to pursue, as necessary, discovery on issues related to alleged spoliation. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.