# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: U.S.A v. Marimar Martinez    Case Number: 25 CR 636

An appearance is hereby filed by the undersigned as attorney for:

Marimar Martinez

Attorney name (type or print): Damon M. Cheronis

Firm: Cheronis & Parente LLC.

Street address: 140 South Dearborn Street

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6277244
(See item 3 in instructions)

Telephone Number: 312.663.4644

Email Address: damon@cheronislaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

✓ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/20/2025

Attorney signature:    S/Damon M. Cheornis
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023