UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY IAN SANTOS RUIZ | No. 25 CR 636<br><br>Judge Georgia N. Alexakis |

## NOTICE OF MOTION

TO: Ben Horwitz
Federal Defender Program
55 E. Monroe Suite 2800
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on Monday, October 27, 2025, at 9:30 a.m., in Courtroom 1719, I shall appear before the Honorable Georgia N. Alexakis, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached *unopposed* motion for protective order governing discovery.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Aaron R. Bond*
AARON R. BOND
RONALD L DEWALD
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300