# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Marimar Martinez, et al.

Defendant.

Case No.: 1:25−cr−00636
Honorable Georgia N. Alexakis

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2025:

MINUTE entry before the Honorable Georgia N. Alexakis: As to Anthony Ian Santos Ruiz. The Court grants the government's unopposed motion for a protective order governing discovery [47]. No appearance is required on 10/27/25. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.