

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. 25 CR 636 |
| The gray 2013 Nissan Rogue SUV, bearing Illinois license plate DA 48589 and VIN JN8AS5MV5DW650452, Illinois, further described in Attachment A | Judge Georgia N. Alexakis <br><br> **UNDER SEAL** |

**GOVERNMENT'S MOTION TO SEAL
SEARCH WARRANT, APPLICATION, AND AFFIDAVIT**

Now comes the UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Search Warrant, Application, and Affidavit:

On the 24th day of October, 2025, the government applied for a Search Warrant in this matter, and submitted an Application and Affidavit in support (collectively, the "Search Warrant Materials"). The Search Warrant Affidavit details the facts supporting probable cause to believe that evidence and instrumentalities concerning forcibly impeding, intimidating, or interfering with a federal law enforcement officer. offenses, in violation of Title 18, United States Code, Section 111(a) and (b), will be found within the **Subject Vehicle**.

The government will continue its investigation after execution of the Search Warrant, and disclosure of the Search Warrant Materials would jeopardize the investigation by disclosing the details of facts known to investigators and the investigative strategy. More specifically, as part of its search warrant submission to the Court, the government is seeking to seize from the **Subject Vehicle**, "Any

infotainment system capable of connecting to devices via Bluetooth that contains connection information the morning of, during, and immediately following the **Subject Offense**." Based upon open-source information, the **Subject Vehicle's** infotainment system may reveal a significant amount of information regarding social media accounts and social media history that the government may be unaware of. Disclosure of this information would therefore jeopardize the ongoing investigation where it would permit defendant Marimar Martinez to delete or deactivate certain social media accounts for which the government does not have a current preservation order in place.

For the foregoing reasons, the government respectfully requests that the Search Warrant Materials be sealed for 30 days from the date of this Order, until November 23, 2025, except as necessary to facilitate the enforcement of criminal law, including the execution of the search warrant, or to any federal official to assist the official receiving the information in the performance of that official's duties.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: *Aaron R. Bond*

Aaron R. Bond
Ronald L. DeWald, Jr.
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300

DATE: October 24, 2025