

FILED
10/24/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. 25 CR 636 |
| The gray 2013 Nissan Rogue SUV, bearing Illinois license plate DA 48589 and VIN JN8AS5MV5DW650452, Illinois, further described in Attachment A | Judge Georgia N. Alexakis<br><br>**UNDER SEAL** |

# ORDER

The UNITED STATES OF AMERICA by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Search Warrant, Application, and Affidavit (collectively, the "Search Warrant Materials"), and having demonstrated good cause in support of its motion, specifically, that disclosure of the Search Warrant Materials would jeopardize the investigation by disclosing the details of facts known to investigators and the investigative strategy.

IT IS HEREBY ORDERED THAT the Search Warrant Materials be kept under seal for 30 days from the date of this Order, until November 23, 2025, or until further order of the court, which may include extensions of the seal upon a showing of good cause.

This Order does not prohibit law enforcement personnel from disclosing the Search Warrant Materials as necessary to facilitate the enforcement of criminal law, including the execution of the warrant, or to any federal official to assist the official receiving the information in the performance of that official's duties.

ENTER: 10/24/25

_____
GEORGIA N. ALEXAKIS
United States District Judge