**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                                         Plaintiff,

v.                                       Case No.: 1:25−cr−00636
                                         Honorable Georgia N. Alexakis

Marimar Martinez, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

    MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez and Anthony Ian Santos Ruiz: The Court largely adopts the parties' proposed pretrial schedule, which was submitted by email to the Courtroom Deputy on 10/27/25. Motions in limine are due by 12/22/25; responses to motions in limine, jury instructions, witness lists (and objections thereto); exhibit lists (and objections thereto); a joint statement of the case; and proposed voir dire question are all due by 1/5/26. Any objected−to exhibits should be submitted the Court by 1/14/26. The Court schedules a pretrial conference for 1/20/26 at 11:00 a.m. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.