# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                     Case No.: 1:25–cr–00636
                                     Honorable Georgia N. Alexakis

Marimar Martinez, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. The Court resets the hearing on defendant Martinez's motion for a hearing regarding destruction of evidence from 11/6/25 to 11/5/25 at 1:30 p.m. If BPA 1 will be testifying via remote means, the parties are directed to notify the Courtroom Deputy by email by 11/3/25, so that the appropriate courtroom technology can be set up. The Court vacates the 11/20/25 status hearing. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.