

6:59
Tue, Oct 7 at 8:22 PM
The Guardian
Federal agents taunted Chicago woman to 'do something' before shooting her, attorney claims
theguardian.com
Read it. 5 shots, 7 holes
iMessage
DEFENDANT'S EXHIBIT
2

FBIMAIN_002-000819

6:32
I have a MOF amendment to add to my story. I fired 5 rounds and she had 7 holes. Put that in your book boys.
4:05 PM
DEFENDANT'S EXHIBIT
3

6:54
claims
theguardian.com
Oh well, it is what it is.
Shit happens
iMessage
DEFENDANT'S EXHIBIT
4

6:50
Sun, Oct 5 at 4:03 PM
Cool. I'm up for another round of "fuck around and find out."
Lmao
iMessage
DEFENDANT'S EXHIBIT
tabbies

FBIMAIN_002-000787

6:59
lol, gracias.
FAFO means fuck around and find out.
Sweet. My 15 mins of fame. Lmao
iMessage
DEFENDANT'S EXHIBIT
G
