**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:25−cr−00636 |
| | Honorable Georgia N. Alexakis |
| Marimar Martinez, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

    MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. Evidentiary hearing held on 11/5/25 on defendant Martinez's motion concerning destruction of evidence [43]. Hearing continued to a date to be determined after the parties have met and conferred on schedules. The parties are directed to email the Courtroom Deputy with possible dates as promptly as possible. By close of business 11/6/25, the government is directed to provide the Court with the agent's unredacted text messages for in camera inspection. Any exhibits used during today's hearing should be filed on the docket. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.