**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                       Case No.: 1:25−cr−00636
                                             Honorable Georgia N. Alexakis

Marimar Martinez, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 17, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis:As to Marimar Martinez, Anthony Ian Santos Ruiz. Following its in camera review of the agent's unredacted text messages [63], the Court held an ex parte, in camera meeting with counsel for the government on 11/17/25, during which it directed the production of additional text messages to defendants. The government is directed to produce those additional text messages promptly. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.