UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   25 CR 636 |
| v. | ) | |
| | ) | Judge Georgia N. Alexakis |
| MARIMAR MARTINEZ, and | ) | |
| ANTHONY RUIZ. | ) | |

**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT**

The UNITED STATES OF AMERICA, through its attorney ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss the indictment in the above-captioned case against both defendants pursuant to Federal Rule of Criminal Procedure 48(a).

WHEREFORE, the United States respectfully requests leave of the Court dismiss the indictment and exonerate the defendants' respective bonds.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Ronald L DeWald*
RONALD DEWALD
AARON BOND
Assistant United States Attorneys