# EXHIBIT A

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3   UNITED STATES OF AMERICA        ) Case No. 25 CR 636 -
                                     ) 1 and 2
 4              vs.                   )
                                     )
 5   MARIMAR MARTINEZ and ANTHONY IAN SANTOS )
     RUIZ,                           ) Chicago, Illinois
 6                                   ) October 6, 2025
                Defendants.          ) 2:22 P.M.
 7                                   )

 8         TRANSCRIPT OF PROCEEDINGS - DETENTION HEARING
        BEFORE THE HONORABLE HEATHER K. McSHAIN, MAGISTRATE JUDGE

 9   APPEARANCES:

10   For the Government:      HONORABLE ANDREW S. BOUTROS
                              UNITED STATES ATTORNEY
11                            BY:  MR. SEAN HENNESSY
                              Assistant United States Attorney
12                            219 South Dearborn Street, 5th Floor
                              Chicago, Illinois 60604
13
     For Defendant Martinez: CHERONIS & PARENTE
14                            BY:  MR. CHRISTOPHER PARENTE
                              140 S. Dearborn Street, Suite 404
15                            Chicago, Illinois 60604

16   For Defendant Ruiz:      FEDERAL DEFENDER PROGRAM
                              BY:  MR. BENJAMIN HORWITZ
17                            55 E. Monroe Street, Suite 2800
                              Chicago, Illinois  60603
18
     Also Present:            MS. CHRISTA GREEN
19                            Pretrial Service Officer

20   ** NOTE:   FAILURE TO SPEAK DIRECTLY INTO MICROPHONE
         RESULTS IN INAUDIBLE PROCEEDINGS AS NOTED**
21
     Court Reporter:          PAMELA S. WARREN, CSR, RPR
22                            Official Court Reporter - Retired
                              23869 N. High Ridge Drive
23                            Lake Zurich, Illinois 60047
                              312.823.0001 - pswcsr@gmail.com
24
                              * * * * *
25        PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING
       TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
```

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

3 | background adequately combat the seriousness of ~~~

4 | There has been a lot of events evolved ~~~~~~~~~~~

5 | operations that are ongoing in Chicago. I think it is fair to

6 | say that this is certainly one of the more serious ones.

7 | They -- these two defendants took their vehicles and

8 | intentionally struck a CBP-operated vehicle while it was

9 | conducting its official duties. And I think the seriousness of

10 | that outweighs the mitigating factors.

11 | THE COURT: Mr. Parente.

12 | MR. PARENTE: Yeah, I mean, I'll echo what the Court

13 | just said. I think that falls woefully short of the burden on

14 | the government to detain Ms. Martinez. But I'm going to go

15 | through the 4142(g) (sic) factors for your Honor so it is even

16 | more clear that, of course, there are conditions that can be

17 | set that can release a 30-year-old Chicago lifelong U.S.

18 | Citizen woman with no criminal history so that she's not

19 | considered a danger to the community.

20 | I'll start as well with the nature and circumstances

21 | of the offense. Judge, I heard you in the last hearing. These

22 | are very serious offenses. We get that. But for this case

23 | specifically, the facts are in dispute. What you are hearing

24 | from the government -- and the government is not batting

25 | anywhere near a thousand in accuracy on their description of

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

1    these kinds of cases in this district.  It is not correct what

2    they have said.

3            I have watched the video.  I thought the government

4    might show it to you.  I have it with me.  I will show it to

5    you if your Honor wants to see it.  It is scary.  There is a

6    danger to the community, but it is not Mrs. Martinez, it is the

7    fact that we have three -- I'm presuming they are from out of

8    town because when they pronounced 39th and Kedzie, they

9    pronounce it Kedeezee (phonetic).

10           But they are in full military fatigues carrying

11   assault rifles driving a vehicle with an Uber logo on the front

12   that glows.  And moments before this happens, one of the agents

13   says, at least according to my ability to listen, do something,

14   bitch while he's -- his hands are on an assault rifle in the

15   back of this car driving through a Chicago neighborhood.

16           I mean, what is going on?  Who -- we don't want law

17   enforcement saying do something, bitch while they are holding

18   assault rifles at 39th and Kedzie.

19           It is crazy what's happening.  It is dangerous what's

20   happening.  But it is not Ms. Martinez that's the danger, it is

21   a lot of what is being -- going on in this community.

22           So after watching this video, which shows nothing what

23   they are saying -- I understand they are relying on what the

24   agents are telling them, but the video does not support what is

25   being said.

1   When I watched the video after this agent says do

2   something, bitch, I see the driver of this vehicle turn the

3   wheel to the left, which would be consistent with him running

4   into Mrs. Martinez's vehicle, okay. And then seconds later he

5   jumps out and just starts shooting.

6       My understanding -- I don't have discovery here, but

7   some of those shots went through the front passenger, the

8   vehicle, of Mrs. Martinez's vehicle, which would not be

9   consistent with somebody coming at you head on. Again, we

10  don't have any -- any more discovery on it.

11      But what I do know is that it was Mrs. Martinez who

12  was hurt, who has seven holes in her body from five shots from

13  this agent who shot within seconds of exiting the vehicle.

14      So I do think there is a danger to the community, but

15  I do not think it is Mrs. Martinez.

16      She immediately drives her car, despite being shot

17  multiple times, pulls over at a safe space away from these

18  militarized agents and calls 911 herself and says, hey, I was

19  just shot by ICE. And an ambulance comes and takes her to the

20  hospital.

21      She gets to the hospital, Judge. Actually, let me

22  back up.

23      So then on the body camera video of which there is

24  three agents, and only one happens to have their recording on,

25  at the end of this, the agent is asked by somebody else who

1    responds, hey, what happened? And the other agent points to

2    the body camera and says, quote, hey, don't speak, you are

3    good.

4           Now why? Body cameras, as you know, are used by law

5    enforcement to show realtime situations of what is happening so

6    we can see what's going on. And he tells him not to speak.

7    Well, if she truly swerved at him, as they are alleging, just

8    say that on the camera.

9           But to say don't speak because my body camera is on --

10   the whole point of the body camera is to capture that stuff.

11   So that's alarming under the nature and circumstances of the

12   offense.

13          And I will also note, Judge, that this wasn't a

14   protest. Like Mrs. Martinez was not out there looking for

15   this. She was actually running errands. But in this community

16   they are alarmed when they see these kinds of things going on

17   because she cares. As you'll see from the character letters I

18   have for her, she is an empathetic person.

19          She herself is a U.S. Citizen. Other than what's been

20   stated by the administration about how she appears, she has no

21   reason to worry about ICE stopping her, right? She's worried

22   about other people. And that's a fair concern that anybody in

23   the community should have at this time based on what's going

24   on.

25          So I would argue that the nature and circumstances of

1  the offense, if you actually look at the facts -- and maybe if

2  your Honor wants to see the video, you can watch it -- to me it

3  shows nothing of what they're saying and in fact would probably

4  weigh in favor of our version of events here.

5          The weight of the evidence, your Honor has already

6  mentioned, that's the least important factor. Again, I

7  argue -- I have been watching the video. To me it shows that

8  the agent turns to the left, which is where she would be.

9          The fact that he says do something, bitch right

10  beforehand is troubling at best. And also shows that these

11  people are on edge. Maybe even encouraging confrontation. But

12  I don't have enough information from the government to talk

13  about the strength of the case right now.

14          So the most important factor, which your Honor pointed

15  out the government did not mention, are the history and

16  characteristics of the person. Because that's what we're

17  trying to figure out, can your Honor set conditions that will

18  assure the community is safe from Mrs. Martinez. And of

19  course, your Honor has pretrial's recommendation which says, of

20  course she should be released.

21          By way of factual background, she's a 30-year-old U.S.

22  Citizen. She has lived in Chicago her entire life. She

23  is -- before this has never been arrested before for anything.

24          She lives at home in a house where she has lived for

25  over 20 years with her parents and her sister.