# EXHIBIT B

```
 1                 IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   UNITED STATES OF AMERICA       )  Case No. 25 CR 636-1 and 2
                                    )
 4            v.                    )
                                    )
 5   MARIMAR MARTINEZ and ANTHONY   )
     IAN SANTOS RUIZ,               )  Chicago, Illinois
 6                                  )  November 5, 2025
                        Defendants  )  12:00 p.m.
 7

 8        TRANSCRIPT OF PROCEEDINGS - EVIDENTIARY HEARING
            BEFORE THE HONORABLE GEORGIA N. ALEXAKIS
 9
     APPEARANCES:
10   For the Government:    HON. ANDREW S. BOUTROS
                            UNITED STATES ATTORNEY
11                          BY:  MR. RONALD DE WALD
                                 MR. AARON BOND
12                          Assistant United States Attorney
                            219 S. Dearborn Street, 5th Floor
13                          Chicago, Illinois 60604

14   For Defendant          CHERONIS & PARENTE LLC
     Martinez:              BY:  MR. DAMON M. CHERONIS
15                               MR. CHRISTOPHER V. PARENTE
                            140 South Dearborn Street, Suite 404
16                          Chicago, Illinois 60603

17   For Defendant Ruiz:    FEDERAL DEFENDER PROGRAM
                            BY:  MR. JACK CORFMAN
18                               MR. BENJAMIN HORWITZ
                            55 East Monroe Street, Suite 2800
19                          Chicago, Illinois 60603

20   Court Reporter:        JENNIFER COSTALES, CRR, RMR, CRC
                            Official Court Reporter
21                          219 S. Dearborn Street, Room 1714
                            Chicago, Illinois 60604
22                          (312) 435-5895
                            jenny.uscra@yahoo.com
23

24                    *   *   *   *   *

25                PROCEEDINGS REPORTED BY STENOTYPE
          TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
```

1    and your ammunition, what else did you do while you were up at

2    the tactical operations center at Great Lakes that day?

3    A.   I docked my body camera.

4    Q.   And what does that mean?

5    A.   I took my body camera and put it on the -- it's a charging

6    station that recharges the battery, and it also downloads any

7    information that had been recorded since the last time it had

8    been on a charging station.

9    Q.   Were you wearing your body-worn camera at the time of the

10   collision?

11   A.   I was not.

12   Q.   Okay.  Where was it?

13   A.   It was on my tactical vest in the passenger seat of the

14   vehicle.

15   Q.   And what were you wearing?

16   A.   I was wearing my issued border patrol combat shirt with a

17   cover shirt over that, a tan button-up shirt.

18   Q.   Why?

19   A.   Sitting in the front of the vehicle, our side windows are

20   not tinted.  And due to the nature of our operations, we were

21   trying not to be seen until we got to targets.  And I didn't

22   want my position in a vehicle behind the vehicle that we're

23   doing the investigations and the apprehensions to give away

24   our location and draw undue attention and crowds to prevent

25   them from being able to do their jobs and have, you know --

1    cause safety concerns.

2    Q.   Where were the other two agents in your car?  Where were

3    they seated?

4    A.   They were sitting one behind me and one in the passenger

5    side of the rear seat.

6    Q.   Did you put on your body-worn camera at some point?

7    A.   I did.

8    Q.   When?

9    A.   Once I deemed it was safe enough for me to call for

10   backup, I transitioned from my pistol.  I put on my body

11   armor, transitioned to my M4, which is my rifle, and at that

12   point is when I believe I turned my camera on.  I can't

13   remember if I turned it on at that point, because we still

14   weren't sure exactly what was going on.  But I did put my vest

15   on, which had my camera on it.

16   Q.   So the body-worn camera was on at some point at 39th and

17   Kedzie, is that correct?

18   A.   That is correct.

19   Q.   And is that why you needed to dock the camera up at Great

20   Lakes?

21   A.   That is correct.

22   Q.   What does that do when you dock a body-worn camera?

23   A.   It uploads or downloads, whichever the term is, with the

24   information that had been recorded on it since the last time

25   it was docked, it uploads or downloads it from the camera, and