**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA

                                       Plaintiff,

v.                                                   Case No.: 1:25−cr−00636
                                                            Honorable Georgia N. Alexakis

, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, November 22, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. The Court sets a hearing on proposed intervenors' emergency motion for leave to intervene [73] on 11/24/25 at 2:15 p.m. No written response to the motion needs to be filed by the government or defendants before the hearing. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.