# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America v. Marimar Martinez and Anthony Ian Santos

Case Number: 25-cr-636

An appearance is hereby filed by the undersigned as attorney for:

Proposed Intervenors American Broadcasting Companies, Inc., Washington Post Company d/b/a The Washington Post, Chicago Tribune Company, Chicago Sun-Times Media, Inc., and WBEZ

Attorney name (type or print): Brian D. Saucier

Firm: Mandell P.C.

Street address: 1 N. Franklin St., Suite 900

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6226006
(See item 3 in instructions)

Telephone Number: 312-801-6337

Email Address: bsaucier@mandellpc.com

Are you acting as lead counsel in this case? ✓ Yes ☐ No

Are you a member of the court's general bar? ✓ Yes ☐ No

Are you a member of the court's trial bar? ✓ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ✓ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ✓ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 25, 2025

Attorney signature: S/ Brian D. Saucier
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023