# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** CUnited States of America v. Marimar Martinez and Anthony Ian Santos

**Case Number:** 25-cr-636

An appearance is hereby filed by the undersigned as attorney for:
Proposed Intervenors Washington Post Company d/b/a The Washington Post, Chicago Sun-Times Media, Inc., Chicago Tribune Company, and WBEZ

**Attorney name (type or print):** Steven P. Mandell

**Firm:** Mandell P.C.

**Street address:** 1 N. Franklin St., Suite 900

**City/State/Zip:** Chicago, IL 60606

**Bar ID Number:** 6183729
(See item 3 in instructions)

**Telephone Number:** 312-801-6337

**Email Address:** smandell@mandellpc.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes ☐ No |
| Are you a member of the court's general bar? | ✓ Yes ☐ No |
| Are you a member of the court's trial bar? | ✓ Yes ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ✓ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Executed on** November 25, 2025

**Attorney signature:** S/ Steven P. Mandell
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023