**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                  Case No.: 1:25−cr−00636
                                                            Honorable Georgia N. Alexakis

, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 25, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. Motion hearing held on 11/25/25 on the proposed intervenors' emergency motion for leave to intervene for purposes of modifying the protective order [76]. Counsel for defendant Martinez represented that she did not oppose the motion, and counsel for defendant Ruiz represented that he took no position on the motion. The government represented that it intends to oppose the motion. Any opposition to the proposed intervenors' motion is due by 12/5/25; any reply is due by 12/11/25. A hearing on the motion is set for 12/19/25 at 9:00 a.m. by telephone. The dial−in number is 650−479−3207; access code is 2300 875 1799. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.