### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 25 CR 636 |
| MARIMAR MARTINEZ, and ANTHONY IAN SANTOS RUIZ. | Honorable Georgia N. Alexakis |

**CBS BROADCASTING INC.'s MOTION TO INTERVENE
FOR THE PURPOSE OF MODIFYING THE PROTECTIVE ORDER
AND GAINING IMMEDIATE ACCESS TO EVIDENCE
INCLUDING VIDEO FOOTAGE AND PHOTOGRAPHS**

CBS Broadcasting Inc., on behalf of CBS News Chicago and CBS News and by its attorneys, hereby requests that the Court permit it to intervene in this matter for the purposes of modifying the protective order to allow immediate access to video footage, photographs, and all other evidence relied on by the Court. In support of this motion, CBS Broadcasting states as follows:

1. On November 20, 2025, this Court granted the United States's motion to dismiss the case against the defendants in this action. (Dkt. No. 22.)

2. The United States submitted an affidavit in support of the criminal complaint that discusses video and photographic evidence that purportedly supported the charges against Defendants. (Dkt. No. 1.) Video and photographic materials also appear to have been discussed and the subject of testimony in an evidentiary hearing in this matter.

3. This Court's October 7, 2025, protective order requires that materials provided by the United States be kept confidential. (Dkt. No. 20.)

4. CBS News Chicago and CBS News are members of the news media seeking to publicize matters of great public interest and concern. CBS Broadcasting requests that this Court

grant it access to video and photographic evidence provided by the United States to the Defendants in this case.

5.      In further support of this Motion, CBS Broadcasting adopts the arguments submitted by American Broadcasting Companies, Inc., et al., in their motion to intervene and memorandum in support. (Dkt. Nos. 73, 77.)

WHEREFORE, CBS Broadcasting Inc. respectfully requests that the Court permit it to intervene in this matter; modify the protective order to grant it access to any evidence relied on in bringing and dismissing charges against the Defendants and in any hearing in this matter; and grant such further relief as is just.

Respectfully submitted,

CBS BROADCASTING INC.

By: /s/ Brendan J. Healey
     One of its attorneys

Brendan J. Healey (ARDC #6243091)
Sharon Albrecht (ARDC #6288927)
BARON HARRIS HEALEY
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 741-1030
bhealey@bhhlawfirm.com
salbrecht@bhhlawfirm.com