IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MARIMAR MARTINEZ, and <br> ANTHONY IAN SANTOS RUIZ, | Case No. 25 CR 636 <br><br> Honorable Georgia N. Alexakis |

**NOTICE OF MOTION**

TO: All counsel of record

**PLEASE TAKE NOTIC**E that **on December 15, 2025, at 9:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Georgia N. Alexakis or any judge sitting in her stead in Courtroom 1719 of the United States District Court, Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and present CBS Broadcasting Inc.'s Motion to Intervene for the Purpose of Modifying the Protective Order and Gaining Immediate Access to Evidence Including Video Footage and Photographs, which has previously been served on you.

Dated: December 4, 2025		By: /s/ Brendan J. Healey

Brendan J. Healey (bhealey@bhhlawfirm.com)
Sharon R. Albrecht (salbrecht@bhhlafirm.com)
Baron Harris Healey
150 South Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 741-1030
*Attorneys for CBS Broadcasting Inc.*