# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                             Case No.: 1:25−cr−00636

                                                     Honorable Georgia N. Alexakis

, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 5, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. The Court resets the hearing on proposed intervenor CBS Broadcasting's motion to intervene [86] from 12/15/25 to 12/19/25 at 9 a.m. That hearing will take place telephonically. See docket entry [80] for dial−in details. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.