IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 25 CR 636 |
| MARIMAR MARTINEZ, and ANTHONY IAN SANTOS RUIZ. | Honorable Georgia N. Alexakis |

**CBS BROADCASTING INC.'s REPLY IN SUPPORT OF
MOTION TO INTERVENE FOR THE PURPOSE OF MODIFYING
THE PROTECTIVE ORDER AND GAINING IMMEDIATE ACCESS
TO EVIDENCE INCLUDING VIDEO FOOTAGE AND PHOTOGRAPHS**

CBS Broadcasting Inc., on behalf of CBS News Chicago and CBS News, filed a motion requesting that the Court modify the protective order entered in this action and grant it access to any evidence relied on in bringing and dismissing charges against the Defendants and in any hearing in this matter. (Dkt. No. 86.) In support of its motion, CBS Broadcasting adopted the arguments filed by American Broadcasting Companies, Inc., and other media entities in their motion and memorandum in support. (*Id.* ¶ 5.) The United States filed a response brief that is addressed to all media entities. (*See* Dkt. No. 89 at 1 n.1.)

American Broadcasting Companies, Inc., *et al.* have timely filed a reply brief. (Dkt. No. 90.) For its reply in support of its own motion, CBS Broadcasting Inc. adopts the arguments set forth in that reply brief.

WHEREFORE, CBS Broadcasting Inc. respectfully requests that the Court permit it to intervene in this matter; modify the protective order to grant it access to any evidence relied on in bringing and dismissing charges against the Defendants and in any hearing in this matter; and grant such further relief as is just.

Respectfully submitted,

CBS BROADCASTING INC.

By: /s/ Brendan J. Healey
    One of its attorneys

Brendan J. Healey (ARDC #6243091)
Sharon Albrecht (ARDC #6288927)
BARON HARRIS HEALEY
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 741-1030
bhealey@bhhlawfirm.com
salbrecht@bhhlawfirm.com