# EXHIBIT A

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   UNITED STATES OF AMERICA         )  Case No. 25 CR 636-1 and 2
                                      )
 4              v.                    )
                                      )
 5   MARIMAR MARTINEZ and ANTHONY     )
     IAN SANTOS RUIZ,                 )  Chicago, Illinois
 6                                    )  November 5, 2025
                     Defendants       )  12:00 p.m.
 7

 8        TRANSCRIPT OF PROCEEDINGS - EVIDENTIARY HEARING
             BEFORE THE HONORABLE GEORGIA N. ALEXAKIS
 9
     APPEARANCES:
10   For the Government:    HON. ANDREW S. BOUTROS
                            UNITED STATES ATTORNEY
11                          BY:  MR. RONALD DE WALD
                                 MR. AARON BOND
12                          Assistant United States Attorney
                            219 S. Dearborn Street, 5th Floor
13                          Chicago, Illinois 60604

14   For Defendant          CHERONIS & PARENTE LLC
     Martinez:              BY:  MR. DAMON M. CHERONIS
15                               MR. CHRISTOPHER V. PARENTE
                            140 South Dearborn Street, Suite 404
16                          Chicago, Illinois 60603

17   For Defendant Ruiz:    FEDERAL DEFENDER PROGRAM
                            BY:  MR. JACK CORFMAN
18                               MR. BENJAMIN HORWITZ
                            55 East Monroe Street, Suite 2800
19                          Chicago, Illinois 60603

20   Court Reporter:        JENNIFER COSTALES, CRR, RMR, CRC
                            Official Court Reporter
21                          219 S. Dearborn Street, Room 1714
                            Chicago, Illinois 60604
22                          (312) 435-5895
                            jenny.uscra@yahoo.com
23

24                        *   *   *   *   *

25              PROCEEDINGS REPORTED BY STENOTYPE
       TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
```

1       MR. DE WALD:  I do not.
2       THE COURT:  Okay.  All right.  Why don't we get
3  going.  I'll plan on taking a break probably around 1:30 or
4  so.  But yeah, we can get going then.
5       MR. DE WALD:  Very well.
6       THE COURT:  All right.
7       MR. BOND:  Judge, do you want us to get the agent?
8       THE COURT:  Yes, please.
9       My courtroom deputy will swear you in.
10       THE COURTROOM DEPUTY:  Please raise your right hand.
11    (Witness duly sworn.)
12       THE WITNESS:  Yes, ma'am.
13       THE COURT:  Have a seat.
14       Go ahead, Mr. DeWald.
15      CHARLES EXUM, GOVERNMENT'S WITNESS, DULY SWORN,
16                   DIRECT EXAMINATION
17  BY MR. DE WALD:
18  Q.  Sir, would you introduce yourself to the Court, please.
19       THE WITNESS:  Your Honor, my name is Charles Exum.
20  C-H-A-R-L-E-S, last name Exum, E-X-U-M.
21       THE COURT:  Good afternoon.
22       THE WITNESS:  Good afternoon, ma'am.
23  BY MR. DE WALD:
24  Q.  Agent Exum, what do you do for a living?
25  A.  I'm a supervisory border patrol agent with the US Border

1 Patrol.
2 Q. How long have you worked with the US Border Patrol?
3 A. I've been with US Border Patrol for a little over 20
4 years.
5 Q. Where are you currently assigned?
6 A. I'm currently assigned to Calais, Maine border patrol
7 station.
8 Q. How long have you been assigned to the Calais station?
9 A. I've been in Calais since June of 2008.
10 Q. You said your current position is a supervisory border
11 patrol agent?
12 A. Yes, sir, that is correct.
13 Q. What is that -- what are the responsibilities of a
14 supervisory border patrol agent?
15 A. Primarily I make the work schedule for subordinate agents
16 that work under me. I deal with any disciplinary issues that
17 may arise at work. I approve time sheets. That's primarily
18 the job that I have.
19 Q. How long have you been a supervisory border patrol agent?
20 A. I've been a supervisor since 2011.
21 Q. I'm going to turn your attention to September 4th through
22 October 7th of 2025. Where were you working during that time?
23 A. I was on a temporary duty assignment in Chicago, Illinois.
24 Q. Why?
25 A. I was assigned to go there by the US Border Patrol.