# EXHIBIT B

DHS Debunks Governor Pritzker's Harmful Lies About Operation Midway Blitz in Chicago, Federal Law Enforcement | Homeland Security

Case: 1:25-cr-00636 Document #: 92-1 Filed: 12/11/25 Page 2 of 8 PageID #:499

12/11/25, 3:08 PM



U.S. Department of Homeland Security

# DHS Debunks Governor Pritzker's Harmful Lies About Operation Midway Blitz in Chicago, Federal Law Enforcement

**Release Date:** October 6, 2025

*Illinois Governor J.B. Pritzker continues to spread the same lies and hateful rhetoric that have contributed to a more than 1000% increase in assaults against our brave ICE law enforcement*

WASHINGTON – Between an appearance on CNN's *State of the Union* and a Monday afternoon press conference, Illinois Governor J.B. Pritzker repeatedly lied about federal law enforcement operations in Chicago.

The U.S. Department of Homeland Security (DHS) is setting the record straight about Pritzker's lies and defending the brave men and women of Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) from his smears and slander.

"Our message to JB Pritzker: Get out of your mansion and see Chicago," said **Assistant Secretary Tricia McLaughlin.** "If J.B. Pritzker actually walked the streets of his own city, he would see domestic terrorists and violent rioters attacking police officers and the scourge of violent crime as a direct result of his own policies."

## A Smorgasbord of Lies

Below are just a few of the lies (https://x.com/GovPritzker/status/1974837645051077086) told (https://x.com/i/broadcasts/1IDxLBqDOPmGm) by Governor Pritzker recently.

**CLAIM**: *"...unconstitutional invasion of Illinois by the federal government. For weeks now, Donald Trump, Kristi Noem, and Gregory Bovino have brought their militarized CBP and ICE agents to the streets of Chicago to cause violence and chaos in this city."*

**REALITY:** This is neither unconstitutional nor an invasion. President Trump has the authority under the Constitution to deploy troops, wherever they're stationed, to defend federal facilities from attacks. Whether it's the ICE facility in Broadview or the courthouse in Portland, we will defend federal property wherever they are under siege.

**CLAIM:** *"They're raiding neighborhoods, where, instead of going after the bad guys, they're just picking up people who are brown and black and then checking their credentials."*

**REALITY:** Since Operation Midway Blitz began in Illinois last month, ICE and CBP officers have arrested more than 1,000 illegal aliens (/news/2025/10/03/secretary-noem-travels-chicago-operation-midway-blitz-reaches-more-1000-illegal) – including the worst of the worst pedophiles, child abusers, kidnappers, gang members, and armed robbers. We have also arrested multiple members of the gang Tren de Aragua, and illegal aliens with criminal histories that include drug trafficking, child rape, and murder, among other violent convictions.

Allegations that DHS law enforcement officers engage in "racial profiling" are disgusting, reckless, and categorically FALSE. What makes someone a target for immigration enforcement is if they are illegally in the U.S.—NOT their skin color, race, or ethnicity. Under the fourth amendment of the U.S. Constitution, DHS law enforcement uses "reasonable suspicion" to make arrests. There are no "indiscriminate stops" being made. The Supreme Court recently vindicated us on this question. DHS enforces federal immigration law without fear, favor, or prejudice.

DHS Debunks Governor Pritzker's Harmful Lies About Operation Midway Blitz in Chicago, Federal Law Enforcement | Homeland Security

Case: 1:25-cr-00636 Document #: 92-1 Filed: 12/11/25 Page 3 of 8 PageID #:500

12/11/25, 3:08 PM

**CLAIM:** "*People are getting detained, they're getting arrested: U.S. Citizens. They did this when they raided a building in the middle of the night in South Shore. 130 people, they were emptied out of this building. They were going after a few gang members, and instead, they broke windows, they broke down doors, they ransacked the place…They are the ones that are making it a war zone.*"

**REALITY:** Law enforcement conducted a targeted operation at an apartment building in the South Shore community of Chicago. This operation, conducted by the CBP, the FBI, and the ATF, resulted in the arrest of 37 illegal aliens, from such countries as Venezuela, Mexico, Colombia, and Nigeria. **Among them were Tren de Aragua gang members and violent criminals.**

DHS has routinely [debunked (/news/2025/10/01/dhs-debunks-new-york-times-false-reporting-dhs-does-not-deport-us-citizens)](/news/2025/10/01/dhs-debunks-new-york-times-false-reporting-dhs-does-not-deport-us-citizens) the absurd claim that DHS is targeting U.S. citizens during ICE operations. ICE does not arrest or deport U.S. citizens. Any U.S. citizens arrested are because of obstructing or assaulting law enforcement.

**CLAIM**: "*There were people who were held, elderly people, and children zip-tied, elderly people held for three hours at a time.*"

**REALITY: "***Children were never zip tied. This is a shameful and disgusting lie,*" said **Assistant Secretary Tricia McLaughlin**. "*Why is the sitting Governor so unconcerned with criminal illegal aliens living among innocents in his city?*"

The claim that a toddler was zip-tied originated from a screenshot that went viral, with the original poster claiming it showed an ICE officer zip-tying a child. [This has been debunked (https://x.com/BillMelugin_/status/1974534762028233207)](https://x.com/BillMelugin_/status/1974534762028233207): The screenshot in question was from [a parody video on TikTok (https://x.com/BillMelugin_/status/1974534864578941097)](https://x.com/BillMelugin_/status/1974534864578941097) for entertainment, where the officer in the video was the father of the toddler seen in the image.

*The hoax that went viral vs. the original video, which was a comedic parody.*

**CLAIM:** "*On September 12, ICE shot and killed a man in Franklin Park, a nearby suburb of Chicago. His name was Silverio Villegas-Gonzalez. Reports say that he had just dropped his kids off at a daycare and was headed to work.*"

**REALITY:** Silverio Villegas-Gonzalez was an illegal alien who, when law enforcement ordered him to stop his car, instead drove his car at the officers. One of the ICE officers [was hit by the car and dragged a significant distance (/news/2025/09/19/dhs-sets-record-straight-gross-smears-against-ice-officer-who-was-seriously-injured)](/news/2025/09/19/dhs-sets-record-straight-gross-smears-against-ice-officer-who-was-seriously-injured). Fearing for his own life and broader public safety, the officer fired his weapon. Despite his injuries, the officer and his partner immediately started administering emergency medical care to the illegal alien, who was pronounced dead. Villegas-Gonzalez, who was the target of the operation, was a criminal illegal alien with a history of reckless driving.

**CLAIM**: "*In the small suburban village of Broadview, with a population of 8,000, federal agents have turned two blocks of protest areas into a warzone, by firing tear gas and chemical agents at peaceful protesters.*"

**REALITY**: Rioters against DHS and other law enforcement in Illinois have been anything but peaceful. Over the weekend, Border Patrol law enforcement officers [were ambushed by domestic terrorists (/news/2025/10/04/update-dhs-deploys-special-operations-after-multiple-violent-attacks-federal-law)](/news/2025/10/04/update-dhs-deploys-special-operations-after-multiple-violent-attacks-federal-law) that rammed federal agents with their vehicles.

DHS Debunks Governor Pritzker's Harmful Lies About Operation Midway Blitz in Chicago, Federal Law Enforcement | Homeland Security

Case: 1:25-cr-00636 Document #: 92-1 Filed: 12/11/25 Page 4 of 8 PageID #:501

12/11/25, 3:08 PM

One woman, Marimar Martinez, driving one of the vehicles, was armed with a semi-automatic weapon and has a history of doxxing federal agents. She took defensive fire from CBP agents, has been discharged from the hospital, and is currently in the custody of the FBI. The driver of another vehicle, Anthony Ian Santos Ruiz, involved in the ramming, has been apprehended by law enforcement.

**CLAIM:** *"Peaceful protesters have been hit with tear gas and shot with rubber bullets. Journalists simply reporting the facts on the ground have been targeted and arrested. Us citizens, including children, have been traumatized and detained. This escalation of violence is targeted and intentional and premeditated. The Trump Administration is following a playbook, cause chaos, create fear and confusion."*

**REALITY:** The First Amendment protects speech and peaceful assembly – not rioting. DHS is taking reasonable and constitutional measures to uphold the rule of law and protect our officers.

ICE officers are facing a nearly 1000% increase in assaults against them as they put their lives on the line to arrest murderers, rapists, and gang members. We remind members of the media to exercise caution as they cover these violent riots and remind journalists that covering unlawful activities in the field does come with risks — though our officers take every reasonable precaution to mitigate those dangers to those exercising protected First Amendment rights.

###

## Topics

BORDER SECURITY (/TOPICS/BORDER-SECURITY)     SECRETARY OF HOMELAND SECURITY (/TOPICS/SECRETARY-HOMELAND-SECURITY)

IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

HOMELAND SECURITY (/KEYWORDS/HOMELAND-SECURITY)     IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)

CUSTOMS AND BORDER PROTECTION (CBP) (/KEYWORDS/CUSTOMS-AND-BORDER-PROTECTION-CBP)     DEBUNKED (/KEYWORDS/DEBUNKED)

DOMESTIC TERRORISM (/KEYWORDS/DOMESTIC-TERRORISM)     FEDERAL BUREAU OF INVESTIGATION (FBI) (/KEYWORDS/FEDERAL-BUREAU-INVESTIGATION-FBI)

LAW ENFORCEMENT (/KEYWORDS/LAW-ENFORCEMENT)     LAW ENFORCEMENT PARTNERSHIP (/KEYWORDS/LAW-ENFORCEMENT-PARTNERSHIP)

PRESIDENT TRUMP (/KEYWORDS/PRESIDENT-TRUMP)     SECRETARY KRISTI NOEM (/KEYWORDS/SECRETARY-KRISTI-NOEM)

TARGETED VIOLENCE (/KEYWORDS/TARGETED-VIOLENCE)     TREN DE ARAGUA (/KEYWORDS/TREN-DE-ARAGUA)     U. S. BORDER PATROL (/KEYWORDS/U-S-BORDER-PATROL)

WORST OF THE WORST (/KEYWORDS/WORST-WORST)

Last Updated: 11/19/2025

UPDATE: DHS Deploys Special Operations After Multiple Violent Attac…: Enforcement by Domestic Terrorists in Chicago | Homeland Security

Case: 1:25-cr-00636 Document #: 92-1 Filed: 12/11/25 Page 5 of 8 PageID #:502

12/11/25, 3:08 PM



U.S. Department of Homeland Security

# UPDATE: DHS Deploys Special Operations After Multiple Violent Attacks on Federal Law Enforcement by Domestic Terrorists in Chicago

**Release Date:** October 4, 2025

*Three vehicles used as weapons against our brave law enforcement as they work without pay to make America safe again*

WASHINGTON – This morning, Border Patrol law enforcement officers were ambushed by domestic terrorists that rammed federal agents with their vehicles. The woman, Marimar Martinez, driving one of the vehicles, was armed with a semi-automatic weapon and has a history of doxxing federal agents. She took defensive fire from CBP agents and has been discharged from the hospital and is currently in the custody of the FBI. The driver of another vehicle, Anthony Ian Santos Ruiz, involved in the ramming has been apprehended by law enforcement.



UPDATE: DHS Deploys Special Operations After Multiple Violent Attac…: Enforcement by Domestic Terrorists | Homeland Security    12/11/25, 3:08 PM

Case: 1:25-cr-00636 Document #: 92-1 Filed: 12/11/25 Page 6 of 8 PageID #:503



The scene became increasingly violent as more domestic terrorists gathered and began throwing smoke, gas, rocks, and bottles at DHS law enforcement. Another domestic terrorist was arrested for assaulting CBP at the scene. Following JB Prtizker's refusal to allow local police to help secure the scene, Secretary Noem has deployed special operations teams to restore law and order.

As our ICE law enforcement was responding to the shooting, a domestic terrorist followed them and rammed their vehicle in an attempt to run them off the road. This individual has also been arrested and is in HSI custody.

An ICE vehicle popped a tire and was subsequently mobbed by domestic terrorists, forcing law enforcement to abandon the vehicle for their own safety. The vehicle was significantly damaged.

Several CBP law enforcement officers were sent to the hospital with various injuries.

**Statement from Assistant Secretary Tricia McLaughlin:**

"These attacks on our brave law enforcement officers must END. Secretary Noem has taken action to deploy additional resources to restore law and order. We will not allow domestic terrorists to attack our law enforcement. If you lay a hand on law enforcement, you will be prosecuted to the fullest extent of the law."

###

## Topics

LAW ENFORCEMENT (/TOPICS/LAW-ENFORCEMENT)     IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

PREVENTING TERRORISM AND TARGETED VIOLENCE (/TOPICS/PREVENTING-TERRORISM-AND-TARGETED-VIOLENCE)

## Keywords

CUSTOMS AND BORDER PROTECTION (CBP) (/KEYWORDS/CUSTOMS-AND-BORDER-PROTECTION-CBP)

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)     CRIME (/KEYWORDS/CRIME)

DOMESTIC TERRORISM (/KEYWORDS/DOMESTIC-TERRORISM)     FEDERAL BUREAU OF INVESTIGATION (FBI) (/KEYWORDS/FEDERAL-BUREAU-INVESTIGATION-FBI)

HOMELAND SECURITY INVESTIGATIONS (HSI) (/KEYWORDS/HOMELAND-SECURITY-INVESTIGATIONS-HSI)     IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)

LAW ENFORCEMENT (/KEYWORDS/LAW-ENFORCEMENT)     TARGETED VIOLENCE (/KEYWORDS/TARGETED-VIOLENCE)     THREAT (/KEYWORDS/THREAT)

Last Updated: 11/19/2025

UPDATE: DHS Deploys Special Operations After Multiple Violent Attac… Enforcement by Domestic Terrorists | Chicago | Homeland Security    12/11/25, 3:08 PM

Case: 1:25-cr-00636 Document #: 92-1 Filed: 12/11/25 Page 7 of 8 PageID #:504



**Tricia McLaughlin** ✓ @TriciaOhio · 10/4/25

This morning, during routine patrolling in Broadview, in the same area of **Chicago** that law enforcement were assaulted yesterday, our brave law enforcement officers were rammed by vehicles and boxed in by 10 cars.

Agents were unable to move their vehicles and exited the car. One of the drivers who rammed the law enforcement vehicle was armed with a semi-automatic weapon. Law enforcement was forced to deploy their weapons and fire defensive shots at an armed US citizen who drove herself to the hospital to get care for wounds.

The armed woman was named in a @CBP intelligence bulletin last week for doxing agents and posting online 'Hey to all my gang let's fuck those mother fuckers up, don't let them take anyone.'

Thankfully, no law enforcement officers were seriously injured in this attack.

Pritzker's Chicago Police Department is leaving the shooting scene and refuses to assist us in securing the area. There is a growing crowd and we are deploying special operations to c[lear] the scene.