# EXHIBIT E

1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3   UNITED STATES OF AMERICA      )  Case No. 25 CR 636-1 and 2
                                   )
 4            v.                   )
                                   )
 5   MARIMAR MARTINEZ and ANTHONY  )
     IAN SANTOS RUIZ,              )  Chicago, Illinois
 6                                 )  November 25, 2025
                    Defendants     )  9:00 a.m.
 7

 8           TRANSCRIPT OF PROCEEDINGS - MOTION
          BEFORE THE HONORABLE GEORGIA N. ALEXAKIS
 9
     APPEARANCES:
10   For the Government:    HON. ANDREW S. BOUTROS
                            UNITED STATES ATTORNEY
11                          BY:  MR. RONALD DE WALD
                            Assistant United States Attorney
12                          219 S. Dearborn Street, 5th Floor
                            Chicago, Illinois 60604
13
     For Defendant          CHERONIS & PARENTE LLC
14   Martinez:              BY:  MR. CHRISTOPHER V. PARENTE
                            140 South Dearborn Street, Suite 404
15                          Chicago, Illinois 60603

16                          GALLAGHER LAW OFFICES LLC
                            BY:  MR. MICHAEL L. GALLAGHER
17                          161 North Clark Street, Suite 3050
                            Chicago, Illinois 60601
18
     For Defendant Ruiz:    FEDERAL DEFENDER PROGRAM
19                          BY:  MR. JACK CORFMAN
                                 MR. BENJAMIN HORWITZ
20                          55 East Monroe Street, Suite 2800
                            Chicago, Illinois 60603
21
     For Intervenors:       MANDELL PC
22                          BY:  MR. STEVEN MANDELL
                                 MR. BRIAN D. SAUCIER
23                          1 North Franklin Street, Suite 900
                            Chicago, Illinois 60606
24                            *   *   *   *   *
25             PROCEEDINGS REPORTED BY STENOTYPE
       TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
```

```
 1   Court Reporter:        JENNIFER COSTALES, CRR, RMR, CRC
                            Official Court Reporter
 2                          219 S. Dearborn Street, Room 1714
                            Chicago, Illinois 60604
 3                          (312) 435-5895
                            jenny.uscra@yahoo.com
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    different categories as things progress through.  I don't know
2    whether or not it's actually a criminal investigation, but
3    it's a referral.  US Attorney's Office is involved.  They were
4    involved over the last several weeks.  So things are
5    progressing, so that's --
6              THE COURT:  Right.  Although this goes to
7    Mr. Mandell's concern that given the department's I mean
8    general position that the Department of Justice doesn't
9    confirm or deny the existence of investigations, we're all a
10   little bit in the black box as to what is going on,
11   understandably so.  But then that makes the analysis more --
12   it just adds a wrinkle to the analysis, because to
13   Mr. Mandell's point, it's hard to say, well, the government is
14   essentially asserting:  Trust us, something is happening.  But
15   we don't really know what is happening.
16             MR. DE WALD:  And I can have more clarity with our
17   filing I guess is my point, right, to know the exact spot and
18   if there is a semantic difference.  And I just didn't want to
19   commit to a specific term if that matters in that realm.
20             THE COURT:  Understood.
21             MR. DE WALD:  That's all I'm trying to say.
22             THE COURT:  Understood.
23             There was a reference in the motion from the proposed
24   intervenors that a FOIA request has already been made and
25   already denied.  Do you know anything about that, Mr. DeWald?