# EXHIBIT F

 Outlook

**FW: CBP FOIA - CBP-FO-2026-002633**

**From** Lee, Joyce <Joyce.Lee@washpost.com>
**Date** Thu 11/20/2025 3:58 PM
**To** Jones, Nate <Nate.Jones@washpost.com>

**From:** cbpfoia@cbp.dhs.gov <noreply@securerelease.us>
**Date:** Wednesday, October 29, 2025 at 12:30 PM
**To:** Lee, Joyce <Joyce.Lee@washpost.com>
**Subject:** CBP FOIA - CBP-FO-2026-002633

**CAUTION: EXTERNAL SENDER**

Joyce
 Lee
The Washington Post
1301 K Street NW
Washington, D.C. 20005

10/29/2025

CBP-FO-2026-002633

Dear Joyce Lee,

A search of CBP databases produced ten (10) body-cam videos responsive to your Freedom of Information Act (FOIA) request CBP-FO-2026-002633, in which you requested all body worn camera footage recorded on Oct. 4, 2025, between 9 a.m. – 5 p.m. CDT by Border Patrol agents in Chicago. In particular, a copy of the footage recorded by "Border Patrol Agent 3" on this
 day as detailed in this criminal complaint on pg. 4-5 - https://www.justice.gov/usao-ndil/media/1415966/dl?inline
 [justice.gov].

CBP has determined that ten (10) body-cam videos are denied in full, pursuant to Title 5 U.S.C. § 552 (b)(7)(A), (b)(6), (b)(7)(C), (b)(7)(E), (b)(7)(F).

CBP has considered the foreseeable harm standard when reviewing the
 record set and has applied the FOIA exemptions as required by the statute and the Attorney General's guidance: Department of Justice (DOJ), "Freedom of Information Act Guidelines," March 15, 2022,
https://www.justice.gov/ag/page/file/1483516/download
 [justice.gov].

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of FOIA. See 5 U.S.C. 552(c). A description of the exemptions applied can be found at: https://www.cbp.gov/sites/default/files/assets/documents/2019-Dec/definitions-exemptions-foia_0.pdf [cbp.gov].

This response is limited to those records that are subject to the requirements of FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not,
 exist.

Pursuant to DHS Instruction 262-11-004, FOIA Officers at DHS have been instructed to withhold personally identifiable information (PII) and sensitive personally identifiable information (SPII) of DHS personnel unless a determination is made that
 the disclosure does not raise security or privacy concerns, or if those concerns are outweighed by any public interest in that information. This policy is available online. Under this policy, the names of senior leaders, spokespersons, and political appointees
 are generally releasable. With respect to this FOIA request, DHS may have applied FOIA Exemption 6 to protect PII of DHS employees, including names and contact information. To the extent that DHS withheld employee PII within these records, it has been determined
 that the employee(s) has/have substantial and legitimate privacy interests and that these interests are not outweighed by any public interest in the operations of the Department.

This completes the CBP response to your request. You may contact CBP's
 FOIA Public Liaison, Charlyse Hoskins, by sending an email via your SecureRelease account, mailing a letter to 1300 Pennsylvania Avenue, NW MS 1181, Washington DC, 20229 or by calling 202-325-0150. (If you need telecommunication relay service (TRS) assistance
 to communicate with the CBP FOIA Office and you are in the United States, please dial 711 to obtain TRS assistance and notify the Communications Assistant that you want to contact the CBP FOIA Office at the telephone number (202) 325-0150). The FOIA Public
 Liaison is able to assist in advising on the requirements for submitting a request, assist with narrowing the scope of a request, assist in reducing delays by advising the requester on the type of records to request, suggesting agency offices that may have
 responsive records and receiving questions or concerns about the agency's FOIA process.

If you are not satisfied with the response to this request, you have a right to appeal the final disposition. Should you wish to do so, you must file your appeal
 within 90 days of the date of this letter following the procedures outlined in the DHS regulations at Title 6 C.F.R. §5.8. Please include as much information as possible to help us understand the grounds for your appeal. You should submit your appeal via your
 SecureRelease account. If you do not have computer access, you may send your appeal and a copy of this letter to: FOIA Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection, 90 K Street, NE, 10th Floor, Washington, DC 20229-1177. Your envelope
 and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at
www.dhs.gov/foia
 [dhs.gov]. Additional information can be found at the following link
https://www.cbp.gov/sites/default/files/assets/documents/2019-Dec/definitions-exemptions-foia_0.pdf
 [cbp.gov].

Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.
 If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact

OGIS as follows: Office of Government
 Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. Please note that contacting
 the CBP FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.

Please notate file number CBP-FO-2026-002633 on any future correspondence to CBP related to this request.

Please
 note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection