# EXHIBIT H

1

```
                    IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

UNITED STATES OF AMERICA          )  Case No. 25 CR 636-1 and 2
                                  )
            v.                    )
                                  )
MARIMAR MARTINEZ and ANTHONY      )
IAN SANTOS RUIZ,                  )  Chicago, Illinois
                                  )  November 5, 2025
                    Defendants    )  12:00 p.m.


           TRANSCRIPT OF PROCEEDINGS - EVIDENTIARY HEARING
             BEFORE THE HONORABLE GEORGIA N. ALEXAKIS

APPEARANCES:
For the Government:     HON. ANDREW S. BOUTROS
                        UNITED STATES ATTORNEY
                        BY:  MR. RONALD DE WALD
                             MR. AARON BOND
                        Assistant United States Attorney
                        219 S. Dearborn Street, 5th Floor
                        Chicago, Illinois 60604

For Defendant           CHERONIS & PARENTE LLC
Martinez:               BY:  MR. DAMON M. CHERONIS
                             MR. CHRISTOPHER V. PARENTE
                        140 South Dearborn Street, Suite 404
                        Chicago, Illinois 60603

For Defendant Ruiz:     FEDERAL DEFENDER PROGRAM
                        BY:  MR. JACK CORFMAN
                             MR. BENJAMIN HORWITZ
                        55 East Monroe Street, Suite 2800
                        Chicago, Illinois 60603

Court Reporter:         JENNIFER COSTALES, CRR, RMR, CRC
                        Official Court Reporter
                        219 S. Dearborn Street, Room 1714
                        Chicago, Illinois 60604
                        (312) 435-5895
                        jenny.uscra@yahoo.com


                        *   *   *   *   *

               PROCEEDINGS REPORTED BY STENOTYPE
        TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
```

Q. There were no black marks on it in advance?

A. That would be correct.

Q. Okay. And no dents to your knowledge?

A. That would be correct also.

Q. So I want to kind of talk about what happened just with respect to the damage on October 4th, right, okay. So you've described, you know, sort of -- I think you used the word that you were rammed, is that right?

A. Rammed wouldn't really be the -- I may have used that, but it would be more like a hit. Ram to me is more of a head-on maneuver. So this was side to side. So I would describe it more of, I guess you'd say hit and not rammed.

Q. Okay. So you would agree with me there was no ramming here, or at least the way that most people use the word "ram"?

A. Not from the front end, that would be correct.

Q. And what about from the back end?

A. There was no -- like again, to me, ramming is the front of a vehicle striking another vehicle. And that is not what happened.

Q. Well, but, I mean, if someone drove at the side of your vehicle, that's a ramming, too, right?

A. If it was the front of their vehicle.

Q. Okay.

A. Like I said, that would be my description of that.

Q. Okay. And so if someone -- again, it didn't happen -- if

someone backed into your car at a high rate of speed, you wouldn't call that ramming?

A.   Almost getting into a technicality there.

MR. DE WALD:  Objection, relevance.  Objection, Your Honor.

THE COURT:  He can answer.

BY THE WITNESS:

A.   I wouldn't really call that ramming.  I'd almost -- it would be intentional, but that would be backing.  Ramming is almost a front driving maneuver I guess you would say.

BY MR PARENTE:

Q.   Let's just -- we'll both agree there was no ramming here, is that fair to say?

A.   By my definition, yes, sir.

Q.   Great.  Mine, too.

So you say that you were hit on the side, the driver's side?

A.   That is correct.

Q.   Okay.  How many times?

MR. DE WALD:  Objection, Your Honor.  This is getting far afield.  It's getting into that deposition aspect of the collision itself, which is irrelevant for the --

THE COURT:  Go ahead, Mr. Parente.

MR. PARENTE:  We just heard that the car had no damage.  I'm now trying to figure out what damage occurred so