IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 25 CR 636 |
| | ) | |
| MARIMAR MARTINEZ and | ) | |
| ANTHONY IAN SANTOS RUIZ | ) | |

**NOTICE OF APPEAL**

Chicago Tribune Company, the Chicago Sun-Times Media, Inc, and WBEZ (Chicago Public Media, Inc.) hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order denying the Emergency Motion for Leave to Intervene for the Purposes of Modifying the Protective Order and Gaining Immediate Access to Evidence Including Video Footage and Photographs (ECF No. 73) entered on December 19, 2025 (ECF No. 94).

Dated: January 20, 2026

Respectfully submitted,

CHICAGO TRIBUNE COMPANY,
CHICAGO SUN-TIMES MEDIA,
INC. AND WBEZ (CHICAGO
PUBLIC MEDIA, INC.)

By: /s/ Steven P. Mandell
One of their attorneys

Steven P. Mandell, counsel of record (ARDC # 6183729)
smandell@mandellpc.com
Brian D. Saucier (ARDC # 6226006)
bsaucier@mandellpc.com
Mandell P.C.
One North Franklin, Suite 900
Chicago, IL 60606
(312) 801-6337