U.S. Department of Homeland Security

# UPDATE: DHS Deploys Special Operations After Multiple Violent Attacks on Federal Law Enforcement by Domestic Terrorists in Chicago

**Release Date:** October 4, 2025

*Three vehicles used as weapons against our brave law enforcement as they work without pay to make America safe again*

WASHINGTON – This morning, Border Patrol law enforcement officers were ambushed by domestic terrorists that rammed federal agents with their vehicles. The woman, Marimar Martinez, driving one of the vehicles, was armed with a semi-automatic weapon and has a history of doxxing federal agents. She took defensive fire from CBP agents and has been discharged from the hospital and is currently in the custody of the FBI. The driver of another vehicle, Anthony Ian Santos Ruiz, involved in the ramming has been apprehended by law enforcement.





The scene became increasingly violent as more domestic terrorists gathered and began throwing smoke, gas, rocks, and bottles at DHS law enforcement. Another domestic terrorist was arrested for assaulting CBP at the scene. Following JB Prtizker's refusal to allow local police to help secure the scene, Secretary Noem has deployed special operations teams to restore law and order.

As our ICE law enforcement was responding to the shooting, a domestic terrorist followed them and rammed their vehicle in an attempt to run them off the road. This individual has also been arrested and is in HSI custody.

An ICE vehicle popped a tire and was subsequently mobbed by domestic terrorists, forcing law enforcement to abandon the vehicle for their own safety. The vehicle was significantly damaged.

Several CBP law enforcement officers were sent to the hospital with various injuries.

**Statement from Assistant Secretary Tricia McLaughlin:**

"These attacks on our brave law enforcement officers must END. Secretary Noem has taken action to deploy additional resources to restore law and order. We will not allow domestic terrorists to attack our law enforcement. If you lay a hand on law enforcement, you will be prosecuted to the fullest extent of the law."

###

## Topics

LAW ENFORCEMENT (/TOPICS/LAW-ENFORCEMENT)    IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

PREVENTING TERRORISM AND TARGETED VIOLENCE (/TOPICS/PREVENTING-TERRORISM-AND-TARGETED-VIOLENCE)

## Keywords

CUSTOMS AND BORDER PROTECTION (CBP) (/KEYWORDS/CUSTOMS-AND-BORDER-PROTECTION-CBP)

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)    CRIME (/KEYWORDS/CRIME)

DOMESTIC TERRORISM (/KEYWORDS/DOMESTIC-TERRORISM)    FEDERAL BUREAU OF INVESTIGATION (FBI) (/KEYWORDS/FEDERAL-BUREAU-INVESTIGATION-FBI)

HOMELAND SECURITY INVESTIGATIONS (HSI) (/KEYWORDS/HOMELAND-SECURITY-INVESTIGATIONS-HSI)

IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)    LAW ENFORCEMENT (/KEYWORDS/LAW-ENFORCEMENT)

TARGETED VIOLENCE (/KEYWORDS/TARGETED-VIOLENCE)    THREAT (/KEYWORDS/THREAT)

Last Updated: 11/19/2025