Post

**FBI Director Kash Patel**
@FBIDirectorKash

The @FBI just arrested two individuals who were allegedly driving these vehicles and attacking our federal law enforcement officers.

They have been charged for assaulting federal officers with a deadly or dangerous weapon.

Attack our law enforcement, and this FBI will find you and bring you to justice. @FBIChicago



Kim "Katie" USA @KimKatieUSA · Oct 5, 2025
BREAKING: This is the video where Marimar Martinez, aka La Maggie, rammed a white DHS vehicle who had their emergency lights on. Another DHS black SUV then attempts to ram Marimar's SUV from behind. One DHS agent is on the passenger side firing shots. Democrats are insane.

1:27

Readers added context

The Department of Homeland Security confirmed this video is not from the Oct. 4, 2025 incident involving federal agents and "La Maggie" in Chicago.

x.com/TriciaOhio/sta…

7:55 PM · Oct 5, 2025 · **1.2M** Views

💬 1.6K   🔁 3.9K   ♥ 21K   🔖 447

Read 1.6K replies

New to X?
Sign up now to get your...

Sign up
Sign up
Create

By signing up, you agree...
Privacy Policy, including...

Terms of Service | Priv...
Accessibility | Ads info

Don't miss what's happening
People on X are the first to know.

Log in