

← Post                                    Reply

**Tricia McLaughlin** ✓                   Follow
@TriciaOhio

This footage is NOT from the attack in Chicago involving the 10 car caravan blockading our law enforcement, not involving "La Maggie."

This is from ANOTHER vehicular assault later that day in Chicago where an individual rammed an @ICEGov vehicle.

This violence is rampant, as much as JB Pritzker wants to white wash the facts on the ground.

---

**Kim "Katie" USA** ✓ @KimKatieUSA · Oct 5, 2025

BREAKING: This is the video where Marimar Martinez, aka La Maggie, rammed a white DHS vehicle who had their emergency lights on. Another DHS black SUV then attempts to ram Marimar's SUV from behind. One DHS agent is on the passenger side firing shots. Democrats are insane.



1:28

---

👥 **Readers added context**

The video does not depict the same incident involving Marimar Martinez as described in the complaint filed.
The complaint describes Martinez was driving a silver Nissan Rogue, during the event where she was shot.

justice.gov/usao-ndil/medi...

