**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA
                                                  Plaintiff,

v.                                                                      Case No.: 1:25−cr−00636
                                                                     Honorable Georgia N. Alexakis

, et al.
                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 29, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: Motion hearing held on 1/29/2026. For the reasons stated on the record, the Government is directed to file a written response to the motion to modify the protective order [100] by 2/2/2026. If the Government will be relying on an ongoing criminal investigation to justify its opposition to defendant's motion, the government is granted leave to file its response under seal, along with a contemporaneously filed public, redacted version of its response. The Court expects to rule on the motion on 2/4/2026 at 3:30 p.m. in Courtroom 1719. If the Parties reach an agreement, a proposed modified protective order shall be submitted promptly to the Court. Mailed notice. ( sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.