# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 13, 2026

To:  Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| No. 26-1125 | UNITED STATES OF AMERICA,<br>        Plaintiff - Appellee<br>v.<br>MARIMAR MARTINEZ and ANTHONY I. SANTOS RUIZ,<br>        Defendants<br><br>APPEAL OF: CHICAGO TRIBUNE COMPANY, et al. |
| --- | --- |

| **Originating Case Information:** |
| --- |
| District Court No: 1:25-cr-00636-1<br>Northern District of Illinois, Eastern Division<br>District Judge Georgia N. Alexakis |
| **Originating Case Information:** |
| District Court No: 1:25-cr-00636-2<br>Northern District of Illinois, Eastern Division<br>District Judge Georgia N. Alexakis |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b)


STATUS OF THE RECORD:                    no record to be returned


This notice sent to:
[ ]  United States Probation Officer